**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| IN RE: <br><br> BOLIN & COMPANY, LLC <br><br>     Debtor. | CHAPTER 7 <br><br> CASE NO. 04-51011 (AHWS) |
| MICHAEL J. DALY, TRUSTEE OF THE ESTATE OF BOLIN & COMPANY, LLC, <br> Plaintiff, <br>                vs. <br> SALLY OGDEN AND SHANNON HOWEY, <br> Defendants | ADVERSARY PROCEEDING <br> NO. 07-05024 |

## REQUEST FOR HEARING

The undersigned requests a hearing on Application for Authority to Employ Expert.

A COPY OF THE FIRST PAGE OF THE APPLICATION AND A COPY OF THE PROPOSED ORDER ARE ATTACHED HERETO TO ASSIST THE CLERK'S OFFICE.
An evidentiary hearing is requested.    ___ Yes   XXX No.

Dated at Farmington, Connecticut, this 18th day of July 2008.

/s/ Michael J. Daly
Michael J. Daly
Law Office of Michael J. Daly, LLC
3 Forest Park Drive
Farmington, CT 06032
860-676-1555
mdaly@dalylegal.net
Federal Bar No. ct 03336

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| IN RE:<br><br>BOLIN & COMPANY, LLC<br>    Debtor. | CHAPTER 7<br><br>CASE NO. 04-51011 (AHWS) |
| MICHAEL J. DALY, TRUSTEE OF THE ESTATE OF BOLIN & COMPANY, LLC, Plaintiff,<br>              vs.<br>SALLY OGDEN AND SHANNON HOWEY,<br>Defendants | ADVERSARY PROCEEDING<br>NO. 07-05024 |

**APPLICATION FOR AUTHORITY TO EMPLOY EXPERT**

    Michael J. Daly, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Bolin & Company, LLC, seeks authority of this Court to employ Meyers, Harrison and Pia, LLC as his expert and respectfully represents:

    1.    On or about August 8, 2004, Bolin & Company, LLC (the "Debtor") filed a voluntary petition (the "Petition") under Chapter 7 of the Bankruptcy Code and Richard Coan was appointed Interim Chapter 7 Trustee.

    2.    On September 7, 2004, Michael J. Daly was appointed Chapter 7 Trustee.

    3.    On May 1, 2007, the Trustee filed a thirteen count complaint against Sally Ogden and Sharon Howey, Adversary Proceeding 07-05024.

    4.    Prior to the bankruptcy filing, Andrea Ulanoff, the principal of the Debtor, was the defendant in a civil action entitled *Sally Ogden v. Andrea Ulanoff*, case no. cv05-4010158S ("Civil Action"). In the Civil Action, Ms. Ulanoff retained the services of Meyers, Harrison and Pia ("MHP") to perform a valuation of the Debtor's business.

    6.    The Reid and Riege Firm has advised the Trustee that it is necessary to the Trustee's case to retain an expert in the Adversary Proceeding to provide services and testify on the Trustee's behalf. MHP is expected to provide services and testify in connection with the

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| IN RE: <br><br> BOLIN & COMPANY, LLC <br><br>    Debtor. | CHAPTER 7 <br><br> CASE NO. 04-51011 (AHWS) |
| MICHAEL J. DALY, TRUSTEE OF THE ESTATE OF BOLIN & COMPANY, LLC, <br> Plaintiff, <br> vs. <br><br> SALLY OGDEN AND SHANNON HOWEY, <br> Defendants | ADVERSARY PROCEEDING <br> NO. 07-05024 |

**ORDER AUTHORIZING EMPLOYMENT OF EXPERT WITNESS**

Upon the Application of Michael J. Daly, Chapter 7 Trustee (the "Trustee"), for the above-captioned Debtor (the "Debtor"), seeking authority to employ Meyers, Harrison & Pia, LLC as an expert to the Trustee in connection with Adversary Proceeding 07-5024 in which the Trustee is a plaintiff pending before this Court, as set forth in said Application, and the Affidavit of Kenneth Pia, attached to the application, and it appearing that MHP does not hold or represent any interest adverse to the Estate and that MHP does not appear to have any connection with the Debtor, the Trustee, the creditors, or any other party in interest, it is hereby

ORDERED, that Michael J. Daly, as Trustee, is authorized to employ MHP as his expert in connection with the Adversary Proceeding; and it is further

ORDERED, that the Trustee is authorized to pay MHP a flat fee of $20,000, subject to adjustment and disgorgement; and it is further

ORDERED, that any additional allowance and payment or reimbursement for actual, necessary expenses and services shall be the subject of further orders of this Court pursuant to Code 330(a) and 331 after a notice and hearing upon proper application.

19965.008/465705.1